# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Cassandra Ann Brown, Debtor                    Case No. 22-50712-KMS
                                                          CHAPTER 13

## NOTICE

Debtor has filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: May 27, 2025         Signature:   /s/ Thomas C. Rollins, Jr.
                                         Thomas C. Rollins, Jr. (MSBN 103469)
                                         Jennifer A Curry Calvillo (MSBN 104367)
                                         The Rollins Law Firm, PLLC
                                         P.O. Box 13767
                                         Jackson, MS 39236
                                         trollins@therollinsfirm.com
                                         601-500-5533

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Cassandra Ann Brown, Debtor                    Case No. 22-50712-KMS
                                                          CHAPTER 13

### MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor is in need of dental work. The estimated cost for the treatment is approximately $1,932.00.
3. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of July and August 2025 so those funds will be available to pay for her needed dental treatment.
4. Debtor wishes to resume making plan payments beginning in September 2025.
5. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was forwarded on May 27, 2025, to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>CASSANDRA ANN BROWN | CASE NO: 22-50712-KMS<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/27/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/27/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>CASSANDRA ANN BROWN | CASE NO: 22-50712-KMS<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 5/27/2025, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/27/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-50712-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE MAY 27 9-21-27 PST 2025 | PRA  RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK   VA 23541-1067 | ~~(U)SHELLPOINT MORTGAGE SERVICING ATTN~~<br>~~RECOVERY~~ |

| ~~EXCLUDE~~ | ~~EXCLUDE~~ | |
|---|---|---|
| ~~(U)TOWER LOAN OF MISSISSIPPI LLC DBA~~<br>~~TOWER LO~~ | ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | BENNY BROWN<br>20224 HIGHWAY 613<br>MOSS POINT  MS 39562-9458 |

| CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY  UT 84131-0293 | CREDIT ONE<br>PO BOX 98872<br>LAS VEGAS  NV 89193-8872 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
|---|---|---|

| INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | MIDLAND CREDIT MANAGEMENT  INC<br>PO BOX 2037<br>WARREN  MI 48090-2037 | MIDLAND FUND<br>320 EAST BIG BEAVER<br>TROY  MI 48083-1238 |
|---|---|---|

| ONE MAIN FINANCIAL<br>PO BOX 70918<br>CHARLOTTE  NC 28272-0918 | ONEMAIN FINANCIAL GROUP  LLC AS<br>SERVICER FOR<br>ONEMAIN FINANCIAL ISSUANCE TRUST 2022S1<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 | PRA RECEIVABLES MANAGEMENT  LLC AS<br>AGENT OF<br>PORTFOLIO RECOVERY ASSOCIATES  LLC<br>PO BOX 41067<br>NORFOLK  VA 23541-1067 |
|---|---|---|

| SHELLPOINT MORTGAGE SE<br>55 BEATTIE PLACE<br>GREENVILLE  SC 29601-2165 | SINGING RIVER FEDERAL CREDIT UNION<br>6006 HIGHWAY 63<br>MOSS POINT  MS 39563-9534 | SINGING RIVER RADIOLOG<br>1365 MARKET ST<br>PASCAGOULA  MS 39567-6698 |
|---|---|---|

| SMITH ROUCHON  ASSOC<br>1456 ELLIS AVENUE<br>JACKSON  MS 39204-2204 | SOUTHERN FINANCIAL SYS<br>PO BOX 529<br>JACKSON  MS 39205-0529 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 |
|---|---|---|

| TOWER LOAN OF MISSISSIPPI  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 | US BANK NATIONAL ASSOCIATION  AS<br>TRUSTEE<br>MANUFACTURED HOUSING CONTRACT SENIORSUB<br>SHELLPOINT MORTGAGE SERVICING<br>P O BOX 19024<br>GREENVILLE  SC 29602-9024 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 |
|---|---|---|

| ~~EXCLUDE~~ | DEBTOR | |
|---|---|---|
| ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | CASSANDRA ANN BROWN<br>20224 HIGHWAY 613<br>MOSS POINT  MS 39562-9458 | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG  MS 39401-3836 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE                                 EXCLUDE
THOMAS CARL ROLLINS JR                  (P)WARREN A  CUNTZ  II JR
THE ROLLINS LAW FIRM  PLLC              PO BOX 3749
PO BOX 13767                            GULFPORT MS 39505-3749
JACKSON  MS 39236-3767
```