**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE: CASSANDRA ANN BROWN** | **CHAPTER 13**
**Case No. 22-50712-KMS**

**WARREN A. CUNTZ, JR., TRUSTEE**

**<u>APPLICATION TO EMPLOY SPECIAL COUNSEL</u>**

COMES NOW the Chapter 13 Trustee, Warren A. Cuntz, Jr., by and through undersigned counsel, and pursuant to 11 U.S.C. §327(e) and F.R.B.P. 2014(a), files this Application to Employ Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to-wit:

1. That the Trustee represents that in the administration of the Debtor's estate, and in the performance of his duties, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of a claim involving the Debtor.

2. That the applicant desires to employ Behram V. Parekh, Esq., of Wisner Baum LLP, Hunter Linville, Esq., of the Linville Johnson firm, and Ryan H. Fisher, Esq., of Lowe, Scott, Fisher Co., LPA, to render services in connection with the claim as Special Counsel for the Trustee.

3. That it would be in the best interests of the estate that said attorneys and firms be employed.

4. Special Counsel to be employed has attached their affidavits hereto, stating that they are disinterested parties to Debtor's estate (Exhibit "A-1, A-2 and A-3").

5. That in consideration of said representation, said attorneys will jointly receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, applicant prays that the Court enter an Order authorizing the Trustee to employ the above-referenced attorneys and firms as Special Counsel for the Trustee under the provisions set forth herein and Order of this Court.

Respectfully submitted,

s/ Phillip Brent Dunnaway

Phillip Brent Dunnaway, Esq.
(MSB. 100443)

## CERTIFICATE OF SERVICE

I, PHILLIP BRENT DUNNAWAY, Attorney for the Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above Application to:

Kevin Epstein, Esq., United States Trustee USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Esq., Attorney for Debtor trollins@therollinsfirm.com

DATED this the 1st day of September 2026.

s/ Phillip Brent Dunnaway

PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505
Tel: (228) 831-9531

**STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

**AFFIDAVIT OF SPECIAL COUNSEL TO BE RETAINED**

I, Behram V. Parekh, Esquire, being duly sworn according to law, do hereby state as follows:

1. That I, and my firm, represent no interest adverse to the Chapter 13 Trustee of the Debtors' Estate in the matter in which I am engaged and that I, and my firm, are disinterested parties, except as set forth below;

2. That I, and my firm, have no connection or affiliation to the Debtors, their creditors or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed by the Office of the United States Trustee;

3. That said services shall be rendered under a fee agreement attached hereto as Exhibit "1".

4. That for the purpose of full disclosure, the following exceptions and notations are made, to-wit:

   a. My firm, represents the Debtor, Cassandra A. Brown, as a claimant in a pending personal injury claim.

____________________________
Behram V. Parekh, Esquire

SWORN TO AND SUBSCRIBED before me this the___ day of ___________2026.

SEE ATTACHED
Notary Public

My Commission Expires: SEAL

EXHIBIT
A-1

**CALIFORNIA JURAT** **GOVERNMENT CODE § 8202**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of LOS ANGELES

Subscribed and sworn to (or affirmed) before me on

this 23rd (*Date*) day of JULY (*Month*), 20 26 (*Year*), by

(1) BEHRAM PAREKH

(and 2) ________________________________),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

LISA GALLO HAYES
Notary Public - California
Los Angeles County
Commission # 2412198
My Comm. Expires Aug 29, 2026

*Place Notary Seal and/or Stamp Above*

Signature [signature]
*Signature of Notary Public*

**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: AFFIDAVIT

Document Date: NONE Number of Pages: 1 (ONE)

Signer(s) Other Than Named Above: NONE

©2019 National Notary Association

**STATE OF Georgia**

**COUNTY OF Cobb**

**AFFIDAVIT OF SPECIAL COUNSEL TO BE RETAINED**

I, Hunter Linville, Esquire, being duly sworn according to law, do hereby state as follows:

1. That I, Hunter Linville, Esquire, and my firm, Linville Johnson, represent no interest adverse to the Chapter 13 Trustee of the Debtors' Estate in the matter in which I am engaged and that I, and my firm, are disinterested parties, except as set forth below;

2. That I, Hunter Linville, Esquire, and my firm, Linville Johnson, have no connection or affiliation to the Debtors, their creditors or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed by the Office of the United States Trustee;

3. That said services shall be rendered under a fee agreement attached hereto as Exhibit "1".

4. That for the purpose of full disclosure, the following exceptions and notations are made, to-wit:

   a. My firm, Linville Johnson, represents the Debtor, Cassandra Brown, as a claimant in a pending personal injury claim.

[signature]
Hunter Linville, Esquire

SWORN TO AND SUBSCRIBED before me this the 28 day of July 2026.

Bridget Boland
Notary Public

My Commission Expires: January 14, 2030

SEAL

BRIDGET BOLAND
NOTARY PUBLIC
COBB COUNTY
STATE OF GEORGIA
My Comm. Expires 01/14/2030

EXHIBIT
A-2

**STATE OF OHIO**

**COUNTY OF CUYAHOGA**

## AFFIDAVIT OF SPECIAL COUNSEL TO BE RETAINED

I, Ryan H. Fisher, Esquire, being duly sworn according to law, do hereby state as follows:

1. That I, and my firm, represent no interest adverse to the Chapter 13 Trustee of the Debtors' Estate in the matter in which I am engaged and that I, and my firm, are disinterested parties, except as set forth below;

2. That I, and my firm, have no connection or affiliation to the Debtors, their creditors or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed by the Office of the United States Trustee;

3. That said services shall be rendered under a fee agreement attached hereto as Exhibit "1".

4. That for the purpose of full disclosure, the following exceptions and notations are made, to-wit:

   a. My firm, represents the Debtor, Cassandra A. Brown, as a claimant in a pending personal injury claim.

Ryan H. Fisher, Esquire

SWORN TO AND SUBSCRIBED before me this the 6 day of August 2026.

Notary Public

PAMELA A. DAVENPORT NOTARY PUBLIC STATE OF OHIO My Comm. Expires May 5, 2027

My Commission Expires: 5/5/2027

SEAL

EXHIBIT A-3

WISNER BAUM
CLIENT FOCUSED. TRIAL READY. BILLIONS WON.

# ATTORNEY-CLIENT FEE AGREEMENT

I, Cassandra A. Brown, hereby retain Wisner Baum LLP, (hereafter "Attorneys") as the attorneys to prosecute a claim for damages arising from my (redacted) claim info

As a fee in this matter, I hereby agree that Attorneys shall receive forty percent (40%) of any sums recovered through settlement or trial from the defendants. I understand that this fee is not set by law but is negotiable between attorney and client.[1]

Attorneys shall advance all costs necessary to prosecute my claim. These costs include, but are not limited to, costs associated with collecting and reviewing medical records, case management, filing fees, expert fees, trial expenses, and/or appellate expenses. Costs and any medical lien payments will be reimbursed from the proceeds remaining after the attorneys' fees are deducted. Attorneys are granted a lien on any settlement, verdict or award for Attorneys costs and fees. The lien will be for any sums owed to Attorneys at the conclusion of services performed. Attorneys will not settle my case without my consent.

Attorneys reserve the right to associate other legal counsel to help prosecute this claim; such an association will not result in any increase in the total attorneys' fees.[2]

Attorneys agree that in the event of no recovery I shall not be responsible for any fees or costs of litigation incurred by Attorneys.

---

[1] Attorney fees in this case are being divided five percent (5%) to Linville Johnson, forty-five percent (45%) to Lowe Scott Fisher Co., LPA., and fifty percent (50%) to Wisner Baum LLP. This attorney fee division in no way affects the portion of any verdict or settlement, nor does it in any way affect the total amount of attorney fees.

[2] Baum Hedlund Aristei & Goldman, P.C. and Wisner Baum LLP have reached an agreement that Baum Hedlund Aristei & Goldman, P.C. will not receive any fees for work performed on this matter prior to the date on this agreement.

EXHIBIT
1

WISNER BAUM
CLIENT FOCUSED. TRIAL READY. BILLIONS WON.



By my signature below, I hereby retain your firm on this 01 day of 11, 2023, in Moss Point (city), Mississippi (state).

Cassandra A. Brown
181-1-4308

Wisner Baum LLP

Baum, Hedlund, Aristei & Goldman, P.C.

You do not need to have your signature notarized.

This Agreement is not binding until signed by Attorney.

Attorney will promptly send to you a fully signed copy after receipt of the Agreement signed by you.