**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE: CASSANDRA ANN BROWN** | **CHAPTER 13**
**Case No. 22-50712-KMS**

**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL**

THIS MATTER came on for consideration of the Chapter 13 Trustee's Application to Employ Special Counsel (Dkt. 41), and the Court having considered the Application and being advised in the premises, finds said Application well taken and orders as follows:

IT IS THEREFORE ORDERED that the Chapter 13 Trustee is hereby authorized to employ Behram V. Parekh, Esq., of Wisner Baum LLP, Hunter Linville, Esq., of the Linville Johnson firm, and Ryan H. Fisher, Esq., of Lowe, Scott, Fisher Co., LPA, as Special Counsel, to provide assistance with the Debtor's injury claim, as the Court finds that authorizing said employment of Special Counsel is in the best interests of the Debtor's Estate. It is further,

ORDERED AND ADJUDGED that Special Counsel's representation shall be confined to involvement with the foregoing claim. Compensation, fees, and reimbursement of costs and expenses shall be paid to Special Counsel only after approval by this Court. Further, total compensation and reimbursement of costs shall not exceed fifty percent (50%) of the total recovery.

##END OF ORDER##

Submitted by:

Phillip Brent Dunnaway, Esq. (MSB 100443)
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749