United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 22-50712-KMS
Cassandra Ann Brown Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Sep 02, 2026 Form ID: pdf012 Total Noticed: 4

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Cassandra Ann Brown, 4231 Hurly-Wade Rd, Moss Point, MS 39562-9209 |
| sp | + | Behram V Parekh, Wisner Baum LLP, 11111 Santa Monica Blvd., Suite 1750, Los Angeles, CA 90025-3350 |
| sp | | Hunter Linville, Linville Johnson Firm, P O Box 76360, Atlanta, GA 30358-1360 |
| sp | + | Ryan H Fisher, Lowe, Scott, Fisher Co., LPA, 5875 Landerbrook Drive, Suite 220, Cleveland, OH 44124-6502 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Cassandra Ann Brown jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Kelli Michelle Stevens | on behalf of Creditor Tower Loan of Mississippi LLC d/b/a Tower Loan of Pascagoula kmstevens@towerloan.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Cassandra Ann Brown trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

| | |
|---|---|
| | nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 6

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE: CASSANDRA ANN BROWN** | **CHAPTER 13**
**Case No. 22-50712-KMS**

**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL**

THIS MATTER came on for consideration of the Chapter 13 Trustee's Application to Employ Special Counsel (Dkt. 41), and the Court having considered the Application and being advised in the premises, finds said Application well taken and orders as follows:

IT IS THEREFORE ORDERED that the Chapter 13 Trustee is hereby authorized to employ Behram V. Parekh, Esq., of Wisner Baum LLP, Hunter Linville, Esq., of the Linville Johnson firm, and Ryan H. Fisher, Esq., of Lowe, Scott, Fisher Co., LPA, as Special Counsel, to provide assistance with the Debtor's injury claim, as the Court finds that authorizing said employment of Special Counsel is in the best interests of the Debtor's Estate. It is further,

ORDERED AND ADJUDGED that Special Counsel's representation shall be confined to involvement with the foregoing claim. Compensation, fees, and reimbursement of costs and expenses shall be paid to Special Counsel only after approval by this Court. Further, total compensation and reimbursement of costs shall not exceed fifty percent (50%) of the total recovery.

##END OF ORDER##

Submitted by:

Phillip Brent Dunnaway, Esq. (MSB 100443)
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749