**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**IN RE: CASSANDRA ANN BROWN** **CHAPTER 13**
**Case No. 22-50712-KMS**

**TRUSTEE'S MOTION TO APPROVE SETTLEMENT, SPECIAL COUNSEL FEES & EXPENSES & TO AUTHORIZE DISTRIBUTION OF SETTLEMENT PROCEEDS**

COMES NOW the Chapter 13 Trustee, by and through undersigned counsel, and files this Motion to Approve Settlement, Special Counsel Fees and Expenses & to Authorize Distribution of Settlement Proceeds, and would show the following, to-wit:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding as defined by 28 U.S.C. §157.

2. Ms. Brown (hereinafter also "Debtor") filed for relief under Chapter 13 of the United States Bankruptcy Code on June 29th, 2022. Warren A. Cuntz, Jr., is the duly appointed and acting Trustee of the Debtor's bankruptcy case.

3. Ms. Brown is a class claimant and has been advancing a claim for personal injuries.

4. Heretofore, an Order was entered authorizing the employment of Behram V. Parekh, Esq., of Wisner Baum LLP, Hunter Linville, Esq., of Linville Johnson firm, and Ryan H. Fisher, Esq., of Lowe, Scott, Fisher Co., LPA, to provide representation as Special Counsel for the Chapter 13 Trustee (Dkt. 42).

5. A settlement has been reached, whereby the injury claim advanced by the Debtor will be settled for the sum of $43,305.91, inclusive of certain accrued interest and a pro rata portion of holdback funds. The Trustee requests that the Court approve the settlement of the claim.

6. The Trustee further requests that the Court award fees and expense reimbursement to Special Counsel and authorize the Chapter 13 Trustee to receive and disburse the gross settlement proceeds as follows:

a. $ 17,322.36 in attorney fees to Special Counsel to be distributed to Special Counsel as follows: $ 8,661.18 to Wisner Baum, LLP, $7,795.06 to Lowe Trial Lawyers Co., LPA, and $ 866.12 to Linville Johnson firm;

b. $ 3,295.40 to Wisner Baum, LLP for General Case and Case-

Specific Expenses and Settlement Administration Costs, to be applied and/or distributed by Wisner Baum, LLP in accordance with any Court ordered or other contractual requirements, or agreements with other firms or parties;

c. $ 103.46 to Wisner Baum, LLP, which shall be further disbursed by Wisner Baum, LLP, to satisfy an outstanding medical lien against Ms. Brown;

d. $ 2,814.88 in trusteeship administrative expense;

e. approximately $ 10,250.00 to be applied to the Chapter 13 plan to pay off the plan in its entirety including full (100%) payment of all timely filed and allowed general unsecured claimholders;

f. approximately $ 9,520.00 to be returned to the Debtor.

7. Finally, the Trustee requests authority to execute a release in favor of the Defendant(s) if requested to do so.

WHEREFORE, the Chapter 13 Trustee requests that the Court approve the settlement and Trustee's distribution of proceeds as set forth herein and requests such other and further relief the Court deems appropriate in the premises.

Respectfully Submitted,

s/ Phillip Brent Dunnaway

PHILLIP BRENT DUNNAWAY

## CERTIFICATE OF SERVICE

I, PHILLIP BRENT DUNNAWAY, do hereby certify that I have served electronically, a true and correct copy of the above Motion to Approve Settlement, Special Counsel Fees and Expenses, & to Authorize Distribution of Settlement Proceeds to:

Kevin Epstein, Esq., United States Trustee USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Esq., for Debtor trollins@therollinsfirm.com

and, that I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Motion to the following:

Wisner Baum LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025

Linville Johnson
P.O. Box 76360
Atlanta, GA 30358-1360

Lowe, Scott, Fisher Co., LPA
5875 Landerbrook Drive, Suite 220
Cleveland, OH 44124

and parties in interest, attachment "A".

DATED this the 23rd day of September 2026.

s/ [signature]
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505

Label Matrix for local noticing
0538-6
Case 22-50712-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
Wed Sep 23 10:33:59 CDT 2026

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

Benny Brown
20224 Highway 613
Moss Point, MS 39562-9458

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

Credit One
PO Box 98872
Las Vegas, NV 89193-8872

Department of Treasury -
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Servi
c/o US Attorney
501 East Court St
Ste 4.430
Jackson, MS 39201-5025

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Fund
320 East Big Beaver
Troy, MI 48083-1238

One Main Financial
PO Box 70918
Charlotte, NC 28272-0918

OneMain Financial Group, LLC as servicer for
OneMain Financial Issuance Trust 2022-S1
OneMain
PO Box 3251
Evansville, IN 47731-3251

PRA Receivables Management, LLC as agent of
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541-1067

Shellpoint Mortgage Se
55 Beattie Place
Greenville, SC 29601-2165

Singing River Federal Credit Union
6006 Highway 63
Moss Point, MS 39563-9534

Singing River Radiolog
1365 Market St
Pascagoula, MS 39567-6698

Smith Rouchon & Assoc.
1456 Ellis Avenue
Jackson, MS 39204-2204

Southern Financial Sys
PO Box 529
Jackson, MS 39205-0529

(p)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

Tower Loan of Mississippi, LLC
P.O. Box 320001
Flowood, MS 39232-0001

U.S. Bank National Association, as Trustee,
Manufactured Housing Contract Senior/Sub
Shellpoint Mortgage Servicing
P. O. Box 19024
Greenville, SC 29602-9024

US Attorney General
US Dept of Justice
950 Pennsylvania AveNW
Washington, DC 20530-0001

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Behram V Parekh
Wisner Baum LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025-3350

Cassandra Ann Brown
4231 Hurly-Wade Rd
Moss Point, MS 39562-9209

Hunter Linville
Linville Johnson Firm
P O Box 76360
Atlanta, GA 30358-1360

Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401-3836

Ryan H Fisher
Lowe, Scott, Fisher Co., LPA
5875 Landerbrook Drive, Suite 220
Cleveland, OH 44124-6502

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

(p)WARREN A CUNTZ T1 JR
PO BOX 3749
GULFPORT MS 39505-3749

EXHIBIT
tabbies
A