**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE: CASSANDRA ANN BROWN** **CHAPTER 13**
**Case No. 22-50712-KMS**

**ORDER APPROVING MOTION TO APPROVE SETTLEMENT, SPECIAL COUNSEL FEES & EXPENSES AND AUTHORIZING DISTRIBUTION OF PROCEEDS (DKT. 44)**

THIS MATTER came on for consideration of the Chapter 13 Trustee's Motion to Approve Settlement, Special Counsel Fees & Expenses and to Authorize Distribution of Proceeds (Dkt. 44), and the Court finding notice issued, yet no timely response to the Motion has been filed, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion (Dkt. 44) is hereby granted and the settlement of Debtor's class claim for personal injuries, is hereby approved for the gross sum of $43,305.91. It is further,

ORDERED AND ADJUDGED that the Court hereby awards fees and expense reimbursement to Special Counsel and authorizes the Chapter 13 Trustee to receipt and disburse the settlement proceeds as follows:

a. $ 17,322.36 in attorney fees to Special Counsel to be distributed to Special Counsel as follows: $ 8,661.18 to Wisner Baum, LLP, $7,795.06 to Lowe Trial Lawyers Co., LPA, and $ 866.12 to Linville Johnson firm;

b. $ 3,295.40 to Wisner Baum, LLP for General Case and Case-Specific Expenses and Settlement Administration Costs, to be applied and/or distributed by Wisner Baum, LLP in accordance with any Court ordered or other contractual requirements, or agreements with other firms or parties;

c. $ 103.46 to Wisner Baum, LLP, which shall be further disbursed by Wisner Baum, LLP, to satisfy an outstanding medical lien against Ms. Brown;

d. $ 2,814.88 in trusteeship administrative expense;

e. approximately $ 10,250.00 to be applied to the Chapter 13 plan to pay off the plan in its entirety including full (100%) payment of all timely filed and allowed general unsecured claimholders;

f. approximately $ 9,520.00 to be returned to the Debtor.

IT IS FURTHER ORDERED AND ADJUDGED that the Trustee is authorized to execute a release in favor of the Defendant(s) if requested to do so.

##END OF ORDER##

Prepared by:

Phillip Brent Dunnaway, Esq. (100443)
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749