**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE: CASSANDRA ANN BROWN** | **CHAPTER 13**
**Case No. 22-50712-KMS**

## NOTICE

PLEASE TAKE NOTICE that a written response to the attached Motion to Approve Settlement, Special Counsel Fees and Expenses and to Authorize Distribution of Proceeds must be filed with the U.S. Bankruptcy Court Clerk's Office, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, within twenty-one (21) days of the date of this notice. Failure to file a response within the twenty-one (21) day period may result in the relief requested by the Motion being granted by default.

## CERTIFICATE OF SERVICE

I, PHILLIP BRENT DUNNAWAY, do hereby certify that I have served electronically, a true and correct copy of the above Notice of Motion to Approve Settlement, Special Counsel Fees and Expenses, & to Authorize Distribution of Settlement Proceeds to:

Kevin Epstein, Esq., United States Trustee — USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Esq., for Debtor — trollins@therollinsfirm.com

and, that I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Notice to the following:

Wisner Baum LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025

Linville Johnson
P.O. Box 76360
Atlanta, GA 30358-1360

Lowe, Scott, Fisher Co., LPA
5875 Landerbrook Drive, Suite 220
Cleveland, OH 44124

and parties in interest, attachment "A".

DATED this the 23rd day of September 2026.

s/ Phillip Brent Dunnaway
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749, Gulfport, MS 39505

Label Matrix for local noticing
0538-6
Case 22-50712-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
Wed Sep 23 10:33:59 CDT 2026

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

Benny Brown
20224 Highway 613
Moss Point, MS 39562-9458

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

Credit One
PO Box 98872
Las Vegas, NV 89193-8872

Department of Treasury -
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Servi
c/o US Attorney
501 East Court St
Ste 4.430
Jackson, MS 39201-5025

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Fund
320 East Big Beaver
Troy, MI 48083-1238

One Main Financial
PO Box 70918
Charlotte, NC 28272-0918

OneMain Financial Group, LLC as servicer for
OneMain Financial Issuance Trust 2022-S1
OneMain
PO Box 3251
Evansville, IN 47731-3251

PRA Receivables Management, LLC as agent of
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541-1067

Shellpoint Mortgage Se
55 Beattie Place
Greenville, SC 29601-2165

Singing River Federal Credit Union
6006 Highway 63
Moss Point, MS 39563-9534

Singing River Radiolog
1365 Market St
Pascagoula, MS 39567-6698

Smith Rouchon & Assoc.
1456 Ellis Avenue
Jackson, MS 39204-2204

Southern Financial Sys
PO Box 529
Jackson, MS 39205-0529

(p)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

Tower Loan of Mississippi, LLC
P.O. Box 320001
Flowood, MS 39232-0001

U.S. Bank National Association, as Trustee,
Manufactured Housing Contract Senior/Sub
Shellpoint Mortgage Servicing
P. O. Box 19024
Greenville, SC 29602-9024

US Attorney General
US Dept of Justice
950 Pennsylvania AveNW
Washington, DC 20530-0001

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Behram V Parekh
Wisner Baum LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025-3350

Cassandra Ann Brown
4231 Hurly-Wade Rd
Moss Point, MS 39562-9209

Hunter Linville
Linville Johnson Firm
P O Box 76360
Atlanta, GA 30358-1360

Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401-3836

Ryan H Fisher
Lowe, Scott, Fisher Co., LPA
5875 Landerbrook Drive, Suite 220
Cleveland, OH 44124-6502

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

(p)WARREN A CUNTZ T1 JR
PO BOX 3749
GULFPORT MS 39505-3749

EXHIBIT
tabbies
A