United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 22-50712-KMS
Cassandra Ann Brown Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Oct 31, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cassandra Ann Brown, 4231 Hurly-Wade Rd, Moss Point, MS 39562-9209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Cassandra Ann Brown jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Kelli Michelle Stevens | on behalf of Creditor Tower Loan of Mississippi LLC d/b/a Tower Loan of Pascagoula kmstevens@towerloan.com |
| Phillip Brent Dunnaway | on behalf of Special Counsel Behram V Parekh pdunnaway@gport13.com |
| Phillip Brent Dunnaway | on behalf of Special Counsel Hunter Linville pdunnaway@gport13.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Phillip Brent Dunnaway | |

| | |
|---|---|
| | on behalf of Special Counsel Ryan H Fisher pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Cassandra Ann Brown trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 9

**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: October 21, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE: CASSANDRA ANN BROWN** **CHAPTER 13**
**Case No. 22-50712-KMS**

**ORDER APPROVING MOTION TO APPROVE SETTLEMENT, SPECIAL COUNSEL FEES & EXPENSES AND AUTHORIZING DISTRIBUTION OF PROCEEDS (DKT. 44)**

THIS MATTER came on for consideration of the Chapter 13 Trustee's Motion to Approve Settlement, Special Counsel Fees & Expenses and to Authorize Distribution of Proceeds (Dkt. 44), and the Court finding notice issued, yet no timely response to the Motion has been filed, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion (Dkt. 44) is hereby granted and the settlement of Debtor's class claim for personal injuries, is hereby approved for the gross sum of $43,305.91. It is further,

ORDERED AND ADJUDGED that the Court hereby awards fees and expense reimbursement to Special Counsel and authorizes the Chapter 13 Trustee to receipt and disburse the settlement proceeds as follows:

a. $ 17,322.36 in attorney fees to Special Counsel to be distributed to Special Counsel as follows: $ 8,661.18 to Wisner Baum, LLP, $7,795.06 to Lowe Trial Lawyers Co., LPA, and $ 866.12 to Linville Johnson firm;

b. $ 3,295.40 to Wisner Baum, LLP for General Case and Case-Specific Expenses and Settlement Administration Costs, to be applied and/or distributed by Wisner Baum, LLP in accordance with any Court ordered or other contractual requirements, or agreements with other firms or parties;

c. $ 103.46 to Wisner Baum, LLP, which shall be further disbursed by Wisner Baum, LLP, to satisfy an outstanding medical lien against Ms. Brown;

d. $ 2,814.88 in trusteeship administrative expense;

e. approximately $ 10,250.00 to be applied to the Chapter 13 plan to pay off the plan in its entirety including full (100%) payment of all timely filed and allowed general unsecured claimholders;

f. approximately $ 9,520.00 to be returned to the Debtor.

IT IS FURTHER ORDERED AND ADJUDGED that the Trustee is authorized to execute a release in favor of the Defendant(s) if requested to do so.

##END OF ORDER##

Prepared by:

Phillip Brent Dunnaway, Esq. (100443)
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749